IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TYRONE MARCEL MORGAN,

    *Plaintiff*,

v.                                           Case No.: 4:22cv182-MW/MAF

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8. The Magistrate Judge recommends that this Court dismiss Plaintiff's claims for failure to prosecute and failure to obey court orders given Plaintiff's unresponsiveness to the Magistrate Judge's deadlines to either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. Plaintiff objects to the Report and Recommendation, noting that, in his attempt to comply with the Magistrate Judge's order to file a motion for leave to proceed *in forma pauperis*, he has requested a "bank statement" from the Department of Corrections that has not yet

been provided to him. Plaintiff asks for additional time to file his motion. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **rejected.** Plaintiff's request for extension is **GRANTED**. Plaintiff must either pay the filing fee or file a motion for leave to proceed *in forma pauperis* **on or before Monday, October 24, 2022**. This matter is referred to the Magistrate Judge for further proceedings.

**SO ORDERED on September 12, 2022.**

                s/Mark E. Walker  
                **Chief United States District Judge**