IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TYRONE MARCEL MORGAN,**

    *Plaintiff*,

v.                               Case No.: 4:22cv182-MW/MAF

**FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court previously granted Plaintiff additional time to either pay the filing fee or file a motion for leave to proceed *in forma pauperis*. That time has come and gone, but Plaintiff has taken no further action in this case. This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Upon consideration, no objections having been filed by the parties

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted as this Court's opinion.** The Clerk shall enter judgment stating, "Plaintiff's claims are

**DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

      **SO ORDERED on November 30, 2022.**

                                         <u>**s/Mark E. Walker**</u>
                                         **Chief United States District Judge**